## COLLINS *v.* CALIFORNIA.

No. 599, Misc. Decided April 15, 1963.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Douglas* v. *California*, 372 U. S. 353.

MR. JUSTICE CLARK and MR. JUSTICE HARLAN dissent for the reasons stated in their opinions in *Douglas* v. *California*, 372 U. S., at 358, 360.

## FUQUA *v.* MISSISSIPPI.

No. 854. Decided April 15, 1963.

*E. H. Cunningham, Jr.* for appellant.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.